**Frank BOWMAN, Petitioner— Appellant,**

v.

**James E. TILTON, California Department of Corrections and Rehabilitation, Respondent—Appellee.**

**No. 08–55214.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted July 8, 2009.

Filed July 14, 2009.

Janet Tung, Federal Defenders of San Diego, Inc., San Diego, CA, for Petitioner–Appellant.

Gary W. Schons, Esquire, Office of the California Attorney General, San Diego, CA, for Respondent–Appellee.

Before: KOZINSKI, Chief Judge, FERNANDEZ, and N.R. SMITH, Circuit Judges.

MEMORANDUM *

The state court's conclusion that sufficient evidence supports Bowman's convictions for conspiracy and being a felon in possession of a firearm is not contrary to or an objectively unreasonable application

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

of *Jackson v. Virginia*, 443 U.S. 307, 99 S.Ct. 2781, 61 L.Ed.2d 560 (1979).

Likewise, the state court's conclusion that sufficient evidence supports the firearm enhancements was not contrary to or an objectively unreasonable application of *Jackson*.

The state court's determination that Bowman's sentence does not violate the Eighth Amendment is also not contrary to or an unreasonable application of Supreme Court precedent. In light of the gravity of Bowman's offenses of conviction and his significant criminal history, this is not an "exceedingly rare" or "extreme" case giving rise to an inference of gross disproportionality. *See Lockyer v. Andrade*, 538 U.S. 63, 73, 123 S.Ct. 1166, 155 L.Ed.2d 144 (2003); *Rummel v. Estelle*, 445 U.S. 263, 272–73, 100 S.Ct. 1133, 63 L.Ed.2d 382 (1980).

**AFFIRMED.**